IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

IN RE: §
§
Danny W. Bollier and Mary A. Bollier, § Case No. 11-90167-BP-13
xxx-xx-3550; xxx-xx-1797 §
325 Raintree Drive #26, Tyler, TX 75703 § Chapter 13
§

Debtors.

## ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY FREEDOMROAD FINANCIAL

On October 1, 2013, a Motion for Relief from Automatic Stay was filed by FreedomRoad Financial in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14) day negative notice language, pursuant to Local Rule of Bankruptcy Procedure 4001, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within 14 days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Motion has been timely filed by any party. Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following Order;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Stay afforded by 11 U.S.C. §362 be, and it is hereby terminated for the purpose of allowing FreedomRoad Financial to exercise its rights with respect to the following described property:

2008 Triumph Tiger motorcycle
VIN: SMT700PD58J338752

IT IS FURTHER ORDERED that since the Motion was unopposed by any party, the fourteen (14) day stay period otherwise imposed by Fed. R. Bankr. P. 4001 (a)(3) shall not be applicable to this Order.

Signed on 10/17/2013

THE HONORABLE BILL PARKER
UNITED STATES BANKRUPTCY JUDGE